UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES CLIFTION BRADLEY,

    Plaintiff,

v.       Case Nos. 4:20cv84-AW-HTC
    4:20cv140-MW-HTC
    (Consolidated cases)

OFFICER JACKSON, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a report and recommendation in these two consolidated cases. ECF No. 18. No objections were filed. The Report and Recommendation is adopted and incorporated by reference in this order. The clerk will enter judgment that says "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk will close the file in both cases.

SO ORDERED on August 6, 2020.

                        /s/ *Allen Winsor*
                        United States District Judge